UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

*Jacquelyne S. Dragich-Hendry,*

*Plaintiff*

*v.*

*Swedish Medical Center and Providence Health & Services,*

*Defendant(s)*

*Case No.: 2:26-cv-00480-JHC*

**ORDER GRANTING MOTION FOR SERVICE BY U.S. MARSHAL**

The Court, having reviewed Plaintiff's Motion for Service by United States Marshal, Dkt. # 10, and good cause appearing, hereby ORDERS:

1. Plaintiff's Motion for Service by U.S Marshal is GRANTED.
2. The United States Marshal is directed to serve the Summons and First Amended Complaint upon Defendants in accordance with the Federal Rule of Civil Procedure 4(c)(3).

DATED this 18th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE