UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQULYNE S. DRAGICH-HENDRY, | CASE NO. 2:26-cv-00480-JHC |
| Plaintiff, | ORDER |
| v. | |
| SWEDISH MEDICAL CENTER et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. # 15. Defendants do not oppose the motion. Dkt. # 17. The Court GRANTS the motion. Plaintiff may file the Second Amended Complaint by no later than Friday, May 8, 2026.

Dated this 28th day of April, 2026.

John H. Chun
United States District Judge

ORDER - 1